IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
2011 JUN -6 PM 3
CLERK U.S. ...
NORTHERN DISTRICT OF
AKRON

Earl E. Marsh Jr.
Plaintiff

-vs-

~~[crossed out]~~
AL & Susan Kerkian
Defendant(s)
Mike Milbert
Nedra Johnson
Dave Calender

CASE NO.: 5:11 CV 1156

JUDGE: JUDGE LIOI

MAG. WHITE

COMPLAINT

① I could tell a long drawn out story about the drama that took place at Gasoline Alley during my term of employment July 9, 2008- thru June 16 2010.

② Doing that would open the flood gates for a lot of he said, she said, when the facts of the matter can be proven through payroll

③ I also have a Labor Law Violations case being handled

by Attorney Edward Gilbert, and that case is centered around the same issue Payroll.

4) Best case scenario, check the paychecks of these European American employees Ryan Collins, Chris Garman, Austin LNU, Eric Schneider, Mike LNU, Merle LNU, Jon Paul aka JP Check these European Americans, rate of pay, number of raises, number of hours

age, and years of experience against

⑤ The same issues belonging to these African American employees, Earl E Marsh Jr., Andrea Alford, Willie Cosby, Jim Claridy, during the time frame of my employment 7-9-08 6-16-10

⑥ Gasoline Alley Management positions are all held by African American people. Please check the rate of pay for

Job McDonald, Nedra Johnson and Mike Milbert against the same European American employees as listed above

⑦ In May of 2009 I received a $1 per hour raise Andrea Alford 4-5 years of service and Willie Cody 6-7 yrs of service had never received raises of any sort.

⑧ An incident occurred behind the, prompting

Susan to confront me and threaten to revoke my raise. I told her no problem, and to do what she felt she needed to do, because even with the raise I felt I was still under paid, and that I was dilligently working toward my next raise.

9) Needless to say, but things changed after this

and my hours dropped drastically ~~at~~ and my gross income for 09 was 15,341.25. Full time 40 hrs per wk 52 wks should have grossed me $16,640

⑩ Question: Has Gasoline Alley over paid an African American man over $9 an hour in store history.

⑪ Question - Can Gasoline Alley explain hiring and firing practices since the filing

of my initial complaint

⑫ Trevor LNU, Katie LNU, Kaitlin LNU, Chef Eric LNU all ate up numerous hours what I could have desperately used, and it puzzles me that all four were let go shortly after my filing of initial complaint

⑬ Nedra Johnson was owed more con-paid overtime than anyone, so it would make sense to re-live

her I guess.

(14) Why was Jim Claridy re-hired one week after I filed when it is a known fact that Mike Milbert or should I say Chef Mike Milbert never wanted Jim Claridy to work at Gasoline Alley from the very beginning

(15) From the very beginning of his employment Mike Milbert took himself out of contention for the Head Chef position

simply because he could not work nights and live in the same house with his wife, who worked days and has many years of service at her job

16) Four months after filing initial complaint, Mike Milbot signed an affidavit claiming to be Head Chef at Gasoline Alley in charge of hiring and firing. He also claimed to be in the process

of firing me anyways.

17) On Thursday June 17th on route to work riding my bike, Mike Milbert called and said that Susan Kerkian had told him to take me off the schedule. His exact words.

18) Susan Kerkian fired me with a text message

19) Dave Calendera exact words to me, when he sent me home on Wed June 16th 2010

I dont know why you are so angry, You will be back tommorrow, you are not fired.

20) In closing this was without a doubt the most difficult job I ever worked. Equal employment was a far stretch from attainable, and in May of 2010 I made Susan Korkoian aware of the fact that new hires were receiving better schedules

than myself, and that I was no longer interested in working under the table unless I received 80 hrs per payroll on the check first.

21) I was fired before I could receive a check of 80hrs or better.

22) In Jan of 09 I requested copies of payroll checks I had lost. Susan provided me with copies, no problem.

with Gasoline Alleys, updated high Tech computer system it should be no problem to pull up everyones payroll info for comparison

Wants put aside, I needed that job at the Time, and I did everything possible to be a good employee for Gasoline Alley, and to be lied upon and dismissed so easily still angers me To this day

23.  In my many

dealings with Mike Milbert, discussing our worth to Gasoline Alley, a topic we often discussed. I always said $12 an hour was my goal. So I am seeking relief of $12 40 hours a week for the entire year this process has taken which equals $25,000.

Earl E Marsh Jr
Earl E Marsh Jr
864 McKinley
Akron, Ohio 44306
330) 671-7260